UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-IBERIA DIVISION

| | |
|---|---|
| **JERALD STANSBURY** | **CIVIL ACTION NO. 14-960** |
| **VERSUS** | **JUDGE DOHERTY** |
| **IBERIA PARISH SHERIFF OFFICE, SHERIFF LOUIS M. ACKAL, OFFICER ZACHARY SCHAUBERT, AND UNKNOWN OFFICERS** | **MAGISTRATE HANNA** |

## ANSWER AND DEFENSES

NOW INTO COURT, through undersigned counsel come defendants, Sheriff Louis M. Ackal and Zachary Schaubert, who answer petitioner's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted.

### SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00

### FOURTH DEFENSE

Defendants categorically paragraph by paragraph allege and aver as follows:

I.

The allegations of Paragraph 1 are denied for lack of sufficient information upon which to justify a belief therein.

2.

Defendants admit their status and aver that the Iberia Parish Sheriff's Office is not a legal entity capable of being of sued.   All other allegations of Paragraph 2 are denied for lack of sufficient information upon which to justify a belief therein.

3.

The allegations of Paragraphs 3 through 47 are denied for lack of sufficient information upon which to justify a belief therein.

4.

The allegations of Paragraph 48 require no response, but are denied.

## FIFTH DEFENSE

The Court is without jurisdiction as to all claims asserted by the petitioner in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

## SIXTH DEFENSE

Defendants herein plead that any action taken by them was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

## SEVENTH DEFENSE

That the petitioner by virtue of his own actions and conduct was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

### EIGHTH DEFENSE

Defendants aver that at all times herein, their actions were reasonable, justified and legally permissible under the circumstances.

### NINTH DEFENSE

Defendants specifically plead that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

### TENTH DEFENSE

Despite having adequate and reasonable opportunity to do so, plaintiff failed to mitigate his damages so that any recovery sought herein should be reduced or be precluded entirely.

### ELEVENTH DEFENSE

In the alternative, defendants herein specifically plead the fault of third parties not named as parties or defendants in this entitled action as a legal cause of any damages that plaintiff may have sustained as a result of the incident complained of in this lawsuit.

### TWELFTH DEFENSE

As a political subdivision of the State of Louisiana, defendants are entitled to and hereby plead the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendant/s under the law.

### THIRTEENTH DEFENSE

As a political entity defendants are entitled to and hereby pleads the statutory limitation of liability as provided for in LSA-R.S. 9:2798.1.

### FOURTEENTH DEFENSE

The claims are barred by the applicable statute of limitations or prescriptive period and

have prescribed.

WHEREFORE, defendants pray that this answer be deemed good and sufficient and after due proceedings there be judgment herein dismissing petitioner's Complaint with prejudice and at his costs.

> Respectfully submitted,
>
> USRY, WEEKS & MATTHEWS
>
>
> ___s/Fred Schroeder_____
> FRED SCHROEDER (LSBN 11828)
> 1615 Poydras Street, Suite 1250
> New Orleans LA 70112
> Tel. (504) 592-4600; Fax (504) 592-4641
> **COUNSEL FOR DEFENDANT**
> **-PUBLIC ENTITY/FEE EXEMPT-**
> (See R.S. 13:4521 & 13:5112)

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of July, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

> _____s/ Fred Schroeder_____